**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>PAVLIK, JODI L.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-11867 JS<br><br>JUDGE JOHN SQUIRES |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1. DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 09/20/06. The Trustee was appointed on 09/20/06. An order for relief under Chapter 7 was entered on 09/20/06.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of 2/14/08 is as follows:

    a. RECEIPTS (See Exhibit C)      $ 183,623.27

    b. DISBURSEMENTS (See Exhibit C)      $ 157,499.45

    c. NET CASH available for distribution      $ 26,123.82

    d. TRUSTEE/PROFESSIONAL COSTS
       1. Trustee compensation requested (See Exhibit E)      $ 11,681.16
       2. Trustee Expenses (See Exhibit E)      $ 0.00
       3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)      $ 6,090.96
    e. Illinois Income Tax for Estate (See Exhibit G)      $ 0.00

5.     The Bar Date for filing unsecured claims expired on 02/20/07.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims      $ 0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims      $ 17,772.12

    c. Allowed Chapter 11 Administrative Claims      $ 0.00

    d. Allowed priority claims      $ 3,425.28

    e. Allowed unsecured claims      $ 11,785.40

7.     Trustee proposes that unsecured creditors receive a distribution of 41.80% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $6,090.96. The total of Chapter 7 professional fees and expenses requested for final allowance is $17,772.12. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.     A fee of $1,695.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: 2/14/08                              RESPECTFULLY SUBMITTED,

                                            By:/s/David Grochocinski
                                                DAVID GROCHOCINSKI, TRUSTEE
                                                1900 RAVINIA PLACE
                                                ORLAND PARK, IL 60462
                                                Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462


Invoice submitted to:
Pavlik, Jodi L.


February 12, 2008


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/26/2006 | DEG | Facsimile letter from Castagnoli; no objection to application to employ counsel | 0.10<br>350.00/hr | 35.00 |
| 11/1/2006 | DEG | Review of schedules and statement of financial affairs prior to 341 meeting | 0.80<br>350.00/hr | 280.00 |
| 11/9/2006 | DEG | Receipt and review of 2003 & 2004 tax returns | 0.80<br>350.00/hr | 280.00 |
| 11/15/2006 | DEG | Review of pay stubs and tax returns in advance of 341 meeting and compare tomeans test | 1.10<br>375.00/hr | 412.50 |
| 4/30/2007 | DEG | Review and adjust report of assets and cash receipts and disbursements | 0.60<br>375.00/hr | 225.00 |
| 7/2/2007 | DEG | Letter to accountant with order approving employment and necessary documents to prepare tax returns | 0.80<br>350.00/hr | 280.00 |
|  | DEG | Letter to accountant with documents regarding tax returns | 0.50<br>375.00/hr | 187.50 |
| 2/12/2008 | DEG | Prepared final report | 3.00<br>375.00/hr | 1,125.00 |
|  | DEG | Review of tax returns and prepare letter to IRS and IDR for prompt determinatisdon | 1.80<br>375.00/hr | 675.00 |
|  | SUBTOTAL: |  | [    9.50 | 3,500.00] |
|  | Real estate |  |  |  |
| 10/3/2006 | DEG | Receipt and review of notice and motion to modify stay by WAMU<br>Real estate | 1.20<br>375.00/hr | 450.00 |
| 10/5/2006 | DEG | Review of Zillow value search and Tribune value search<br>Real estate | 0.80<br>375.00/hr | 300.00 |

| Pavlik, Jodi L. | | | | Page | 2 |
|---|---|---|---|---|---|
| | | | | Hrs/Rate | Amount |
| 10/5/2006 | DEG | Email to attorney for WAMU; appears to have equity and need long date<br>Real estate | | 0.50<br>375.00/hr | 187.50 |
| | DEG | Email to Pierce & Assoc. regarding broker's price opinion and agreement of long effective date regarding motion to modify stay instead of continuance<br>Real estate | | 0.20<br>350.00/hr | 70.00 |
| | DEG | Check value of property at 1041 Mill Street on Zillow.com; $135,874.00<br>Real estate | | 0.20<br>350.00/hr | 70.00 |
| | DEG | Email to Pierce & Assoc.; no service of motion to modify to Trustee; need to continue matter until broker has chance to do market analysis<br>Real estate | | 0.20<br>350.00/hr | 70.00 |
| | DEG | Look up property at 978 West Ct, Apt. A, Naperville on Zillow. Com to check value; $186,366.00<br>Real estate | | 0.20<br>350.00/hr | 70.00 |
| 10/6/2006 | DEG | Stay modified with 11/17/06 effective date<br>Real estate | | 0.60<br>375.00/hr | 225.00 |
| | DEG | Receipt and review of order modifying stay; effective 11/7/06<br>Real estate | | 0.10<br>350.00/hr | 35.00 |
| 10/10/2006 | DEG | Email to Castagnoli; property at 1041 N. Mill was not scheduled; need to see property; why wasn't it scheduled?<br>Real estate | | 0.20<br>350.00/hr | 70.00 |
| 10/11/2006 | DEG | Email to attorney for debtor regarding modifcation of stay as to non-residence; need sale as to current residence<br>Real estate | | 0.80<br>375.00/hr | 300.00 |
| | DEG | Email to debtor's attorney; need values and status on foreclosures as soon as possible; may be enough equity to do a sale and get her the homestead<br>Real estate | | 0.20<br>350.00/hr | 70.00 |
| 10/19/2006 | DEG | Email from debtor's attorney providing cell phone number for debtor<br>Real estate | | 0.10<br>350.00/hr | 35.00 |
| | DEG | Email to debtor's attorney regarding need to see property in naperville; provide phone number for client; broker to view asap as stay will be modified effective 11/17<br>Real estate | | 0.30<br>350.00/hr | 105.00 |
| 10/24/2006 | DEG | Prepared letter to broker with copy of 341 notice; contact information for debtor and direct her to do market analysis as soon as possible<br>Real estate | | 0.30<br>350.00/hr | 105.00 |
| | DEG | Prepare letter to review property for potential sale<br>Real estate | | 0.50<br>375.00/hr | 187.50 |
| 11/8/2006 | DEG | Telephone conference with Harriet - she to list property and send listing agreement - discussion of value and likely sale price<br>Real estate | | 0.40<br>350.00/hr | 140.00 |
| 11/9/2006 | DEG | Prepared declaration and rider to listing agreement; fax to Harriet and request she sign and fax back<br>Real estate | | 0.30<br>350.00/hr | 105.00 |
| 11/30/2006 | DEG | Prepared letter to broker along with order approving employment and executed listing agreement<br>Real estate | | 0.50<br>350.00/hr | 175.00 |

Pavlik, Jodi L.                                                                                          Page    3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/13/2006 | DEG | Review estimate payoff<br>Real estate | 0.50<br>375.00/hr | 187.50 |
| 1/7/2007 | DEG | Telephone conference with broker regarding offer on real estate; discussion of counter offers and market<br>Real estate | 1.20<br>375.00/hr | 450.00 |
| 1/10/2007 | DEG | Telephone conference with broker regarding received offer from new buyer<br>Real estate | 0.50<br>375.00/hr | 187.50 |
| 1/15/2007 | DEG | Review file and payoffs and make counter offer through broker<br>Real estate | 0.80<br>375.00/hr | 300.00 |
| 1/26/2007 | DEG | Second offer regarding sale of property; review of same<br>Real estate | 0.90<br>375.00/hr | 337.50 |
| 1/29/2007 | DEG | Counteroffer on second offer<br>Real estate | 1.00<br>375.00/hr | 375.00 |
| 1/30/2007 | DEG | Telephone conference with broker; accept offer<br>Real estate | 0.50<br>375.00/hr | 187.50 |
| 2/6/2007 | DEG | Prepared contract and addendum and send to broekr<br>Real estate | 2.30<br>375.00/hr | 862.50 |
| 2/16/2007 | DEG | Facsimile letter to broker regarding update on sale of real estate<br>Real estate | 0.30<br>375.00/hr | 112.50 |
| 2/17/2007 | DEG | Telephone conference with broker regarding status on real estate<br>Real estate | 0.80<br>375.00/hr | 300.00 |
| 2/28/2007 | DEG | Send amended contract with letter to broker<br>Real estate | 0.60<br>375.00/hr | 225.00 |
|  | DEG | Receipt and review of contract and rider; send to Harriet<br>Real estate | 0.50<br>350.00/hr | 175.00 |
|  | DEG | Review contract to buy; make amendments, complete rider and execute and counter at 183,500; TC with Harriet on offer<br>Real estate | 3.00<br>350.00/hr | 1,050.00 |
| 3/6/2007 | DEG | Receivpt and review of fax from Harriet; need to initial first page and return<br>Real estate | 0.20<br>350.00/hr | 70.00 |
| 3/14/2007 | DEG | Telephone conference with attorney for buyer regarding modifications to contract<br>Real estate | 1.00<br>375.00/hr | 375.00 |
| 4/18/2007 | DEG | Discussion with counsel for buyer prorations of sale in advance of closing<br>Real estate | 1.50<br>375.00/hr | 562.50 |
| 4/19/2007 | DEG | Sign all necessary documents for closing; review of same<br>Real estate | 1.50<br>350.00/hr | 525.00 |
| 4/23/2007 | DEG | Discussion with AWR regarding closing on Jodi Pavlik<br>Real estate | 0.80<br>350.00/hr | 280.00 |
| 4/30/2007 | DEG | Receipt of homestead proceeds disgned by debtor<br>Real estate | 0.10<br>375.00/hr | 37.50 |
|  | SUBTOTAL: |  | [    25.60 | 9,370.00] |
|  |  | For professional services rendered | 35.10 | $12,870.00 |

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

| | | |
|---|---|---|
| TOTAL RECEIPTS | $ | 183,623.27 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ | 0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ | 19,000.00 |

# EXHIBIT C

## CASH RECEIPTS AND DISBURSEMENTS

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06B-11867 JS  
**Case Name:** PAVLIK, JODI L.  
**Period Ending:** 02/14/08

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 09/20/06 (f)  
**§341(a) Meeting Date:** 11/14/06  
**Claims Bar Date:** 02/20/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 978 WEST COURT, UNIT A, NAPERVILLE | 190,000.00 | 59,051.13 | | 183,500.00 | FA |
| 2 | HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 4 | FUR COAT | 500.00 | 0.00 | | 0.00 | FA |
| 5 | 1995 SATURN SL 2 | 500.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 123.27 | Unknown |
| 6 | **Assets** **Totals** (Excluding unknown values) | **$194,000.00** | **$59,051.13** | | **$183,623.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

BROKER EMPLOYED TO SELL NAPERVILLE HOME; PROJECT CLOSING BY END OF MAY 2007; WILL REQUIRE TAX RETURNS; AWAITING RETURNS FROM ACCOUNTANT

**Initial Projected Date Of Final Report (TFR):** June 30, 2008      **Current Projected Date Of Final Report (TFR):** June 30, 2008

Printed: 02/14/2008 09:26 AM   V.10.03

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06B-11867 JS  
**Case Name:** PAVLIK, JODI L.  

**Taxpayer ID #:** 13-7562431  
**Period Ending:** 02/14/08  

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*37-19 - Time Deposit Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/08 | | FUNDING ACCOUNT: \*\*\*\*\*\*\*\*3765 | | 9999-000 | 20,000.00 | | 20,000.00 |
| | | | **ACCOUNT TOTALS** | | **20,000.00** | **0.00** | **$20,000.00** |
| | | | Less: Bank Transfers | | 20,000.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)          Printed: 02/14/2008 09:26 AM    V.10.03

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 06B-11867 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | PAVLIK, JODI L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****37-65 - Money Market Account |
| Taxpayer ID #: | 13-7562431 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 02/14/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/25/07 | | CHICAGO TITLE AND TRUST COMPANY | NET PROCEEDS TO SELLER | | 26,023.36 | | 26,023.36 |
| | {1} | | 183,500.00 | 1110-000 | | | 26,023.36 |
| | | HSBC MORTGAGE | FIRST MORTGAGE PAYOFF  -119,824.96 | 4110-000 | | | 26,023.36 |
| | | COACH HOMES OF CREEKSIDE COURT | HOA DUES  -7,461.57 | 4120-000 | | | 26,023.36 |
| | | JODI PAVLIK | HOMESTEAD EXEMPTION  -15,000.00 | 8100-002 | | | 26,023.36 |
| | | | HOME WARRANTY  -375.00 | 2500-000 | | | 26,023.36 |
| | | KOENIG & STREY | COMMISSION  -4,737.50 | 3510-000 | | | 26,023.36 |
| | | BAIRD & WARNER | COMMISSION  -4,437.50 | 3510-000 | | | 26,023.36 |
| | | DUPAGE COUNTY | COUNTY TAXES  -829.40 | 2820-000 | | | 26,023.36 |
| | | | 2006 REAL ESTATE TAXES  -2,754.96 | 2820-000 | | | 26,023.36 |
| | | CHICAGO TITLE | TITLE INSURANCE  -1,005.00 | 2500-000 | | | 26,023.36 |
| | | CHICAGO TITLE | OVERNIGHT DELIVERY FEE  -25.00 | 2500-000 | | | 26,023.36 |
| | | DUPAGE COUNTY | COUNTY STAMPS  -91.75 | 2820-000 | | | 26,023.36 |
| | | | STATE TRANSFER STAMPS  -183.50 | 2820-000 | | | 26,023.36 |
| | | NAPERVILLE | REIMBURSEMENT OF LOCAL STAMPS  -550.50 | 3520-000 | | | 26,023.36 |
| | | LEGUM & NORMAN | PAID ASSESSMENT LETTER FEE  -200.00 | 2500-000 | | | 26,023.36 |

**Subtotals :**   **$26,023.36**   **$0.00**

{} Asset reference(s)   Printed: 02/14/2008 09:26 AM   V.10.03

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 06B-11867 JS | | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|---|
| Case Name: | PAVLIK, JODI L. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****37-65 - Money Market Account |
| Taxpayer ID #: | 13-7562431 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 02/14/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 1.72 | | 26,025.08 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 14.36 | | 26,039.44 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 13.44 | | 26,052.88 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 14.83 | | 26,067.71 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 14.38 | | 26,082.09 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 12.99 | | 26,095.08 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 15.32 | | 26,110.40 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 13.58 | | 26,123.98 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 13.30 | | 26,137.28 |
| 01/21/08 | | ACCOUNT FUNDED: ********3719 | | 9999-000 | | 20,000.00 | 6,137.28 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 9.35 | | 6,146.63 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #06B-11867, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 22.81 | 6,123.82 |
| | | | **ACCOUNT TOTALS** | | **26,146.63** | **20,022.81** | **$6,123.82** |
| | | | Less: Bank Transfers | | 0.00 | 20,000.00 | |
| | | | **Subtotal** | | **26,146.63** | **22.81** | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,146.63** | **$-14,977.19** | |

{} Asset reference(s)                                                                                                                            Printed: 02/14/2008 09:26 AM    V.10.03

## Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 06B-11867 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | PAVLIK, JODI L. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****37-66 - Checking Account |
| Taxpayer ID #: | 13-7562431 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 02/14/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
            Net Receipts :        26,146.63
      Plus Gross Adjustments :   157,476.64
      Less Payments to Debtor :   15,000.00
                                 ----------
            Net Estate :         $168,623.27
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| CD # ***-*****37-19 | 0.00 | 0.00 | 20,000.00 |
| MMA # ***-*****37-65 | 26,146.63 | -14,977.19 | 6,123.82 |
| Checking # ***-*****37-66 | 0.00 | 0.00 | 0.00 |
| | **$26,146.63** | **$22.81** | **$26,123.82** |

{} Asset reference(s)

Printed: 02/14/2008 09:26 AM   V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>PAVLIK, JODI L.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-11867 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u>, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 17,772.12 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 3,425.28 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 4,926.42 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 26,123.82 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 17,772.12 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 4,762.50 | 4,762.50 |
| ADMIN2 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 98.46 | 98.46 |
| ADMIN3 | DAVID GROCHOCINSKI, TRUSTEE | 11,681.16 | 11,681.16 |
| ADMIN4 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 1,230.00 | 1,230.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL        $ | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §724(b)(6) - Tax Liens: | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | $ 3,425.28 | 100.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 003 INTERNAL REVENUE SERVICE | 3,425.28 | 3,425.28 |
| | TOTAL $ | 3,425.28 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 11,785.40 | 41.80% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 DISCOVER BANK | 11,174.01 | 4,670.85 |
| 004 KOHLS/CHASE BANK USA NA | 611.39 | 255.57 |
| | TOTAL $ | 4,926.42 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| General Unsecured Subordinated claims | $ 0.00 | 0.00% |
| **CLAIM NUMBER CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **AMOUNT OF CLAIM** | **DISALLOWED /WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Secured | 002 | COACH HOMES OF CREEKSIDE COURT ASSOC. C/O KNUCKLES KEOUGH & MOODY PC 1001 EAST CHICAGO AVENUE, SUITE 103 NAPERVILLE, IL  60540- | $ | 5,347.33 | Disallowed |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____

                                                                  DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 4,762.50 | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 98.46 | |
| | | | 4,860.96 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 1,230.00 | |
| | | | 1,230.00 |
| **Attorney for Debtor** | | | 0.00 |
| **Other Professionals** | | | 0.00 |
| TOTALS | $ 0.00 | $ 6,090.96 | $ 6,090.96 |

1