**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>PAVLIK, JODI L.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-11867 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:  DuPage County Courthouse
         505 N. County Farm Road, Courtroom 2000
         Wheaton, Illinois 60187

    on:  May 2, 2008
    at:  10:00 a.m.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $           183,623.27

    b. Disbursements                         $           157,499.45

    c. Net Cash Available for Distribution   $            26,123.82

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

| | | |
|---|---|---|
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Fees) | 0.00 | $4,762.50 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD.<br>(Trustee's Firm Legal Expenses) | 0.00 | $98.46 |
| DAVID GROCHOCINSKI, TRUSTEE<br>(Trustee Fees) | 0.00 | $11,681.16 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC<br>(Trustee's Accountant Fees) | 0.00 | $1,230.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,425.28 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 003 | INTERNAL REVENUE SERVICE | $ 3,425.28 | $ 3,425.28 |

7. Claims of general unsecured creditors totaling $11,785.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 41.80%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK | $ 11,174.01 | $ 4,670.85 |
| 004 | KOHLS/CHASE BANK USA NA | $ 611.39 | $ 255.57 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for

      compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has been discharged.

11.     The Trustee proposed to abandon the following property at the hearing: books and records of the debtor

Dated: April 4, 2008        For the Court,

      **KENNETH S. GARDNER**
      Kenneth S. Gardner
      Clerk of the U.S. Bankruptcy Court
      219 S. Dearborn Street; 7th Floor
      Chicago, IL 60604

Trustee:    DAVID GROCHOCINSKI, TRUSTEE
Address:    1900 RAVINIA PLACE
                ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE:<br>PAVLIK, JODI L.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-11867 JS<br><br>JUDGE JOHN SQUIRES |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 11,681.16 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 11,681.16 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 4,762.50 |
| | b. Expenses | $ | 98.46 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 1,230.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

      d. Chapter 11 Expenses        $_____0.00

3.    Other Professionals

                              TOTAL      $____6,090.96

      IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____, 200_.

                        ENTERED    _____

                                        JOHN SQUIRES
                                        UNITED STATES BANKRUPTCY JUDGE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2         Date Rcvd: Apr 04, 2008
Case: 06-11867                 Form ID: pdf002             Total Served: 35

The following entities were served by first class mail on Apr 06, 2008.
db          +Jodi L Pavlik,   978 West Court, Unit A,   Naperville, IL 60563-2483
aty         +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
aty         +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
aty         +Susan G Castagnoli,   Law Offices of Susan G. Castagnoli  P C,   1119 N  Washington St,
              Naperville, IL 60563-2766
tr          +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
              Orland Park, IL 60462-3760
10923754     AT&T,   c/o West Asset Management Inc.,   PO Box 2348,   Sherman, TX 75091-2348
10923753    +AT&T,   Bankruptcy Dept./Attn: Linda Adams,   6021 S. Rio Grande Ave., 1st Floor,
              Orlando, FL 32809-4613
10923752    +Associate Area Counsel, SB/SE,   Internal Revenue Service,   200 West Adams Street, #2300,
              Chicago, IL 60606-5231
10923756    +Chase,   c/o Client Services, Inc.,   3451 Harry Truman Blvd,   Saint Charles, MO 63301-4047
10923755    +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
10923757    +Coach Homes of Creekside Court,   c/o Law Offices of Knuckles & Assoc.,
              1001 E Chicago Avenue, #103,   Naperville, IL 60540-5500
11032089    +Coach Homes of Creekside Court Association,   c/o Knuckles, Keough and Moody, P.C.,
              1001 East Chicago Avenue, Suite 103,   Naperville, IL 60540-5500
10923758     Comcast,   c/o Credit Protection Assoc.,   1355 Noel Road, Sutie 2100,   Dallas, TX 75240
10923770    +D. Patrick Mullarkey,   Tax Division (DOJ),   PO Box 55, Ben Franklin Station,
              Washington, DC 20044-0055
10923760     Danbury Mint,   c/o Universal Fidelity LP,   PO Box 941911,   Houston, TX 77094-8911
10923759    +Danbury Mint,   c/o MBI, Inc.,   47 Richards Avenue,   Norwalk, CT 06857-0001
10923761    +Depedon Collection Se,   7627 W Lake St 210,   River Forest, IL 60305-1878
10923762    +Discover Bank,   c/o Baker Miller Markoff & Krasny,   29 N Wacker Drive, 5th Floor,
              Chicago, IL 60606-3227
10923764    +HSBC Mortgage,   c/o Codilis & Associates, P.C.,   15W030 North Frontage Road, #100,
              Burr Ridge, IL 60527-6921
10923767    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   Centralized Insolvency Operations,
              POB 21126,   Philadelphia,  PA 19114)
10923766    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   PO Box 21126,   Philadelphia, PA 19114)
10923768    +Kohls,   c/o FMS Inc.,   PO Box 707600,   Tulsa, OK 74170-7600
10923769    +Kohls / Chase,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
11079268    +Kohls/Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,
              Dallas, TX 75374-0933
10923773    +NP Peimiano DDS,   231 E. Ogden Ave,   Naperville, IL 60563-3156
10923771    +National City Credit Card,   1 National City Pkwy,   Kalamazoo, MI 49009-8003
10923772    +Nicor Gas,   1844 Ferry Road,   Naperville, IL 60563-9600
10923774     Tiger Direct,   PO Box 105658,   Naperville, IL 60563
10923775    +United States Attorney,   219 South Dearborn Street,   Chicago, IL 60604-1708
10923776     Washington Mutual,   PO Box 1093,   Northridge, CA 91328
10923777    +Washington Mutual,   c/o Pierce & Associates,   1 N Dearborn,   Chicago, IL 60602-4331

The following entities were served by electronic transmission on Apr 05, 2008.
10923763     E-mail/PDF: mrdiscen@discoverfinancial.com Apr 05 2008 03:41:05     Discover Financial,
              PO Box 15316,   Wilmington, DE 19850
11030569    +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 05 2008 03:41:05
              Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
10923765    +Fax: 732-352-7538 Apr 05 2008 02:55:39     HSBC Mortgage Corp. USA,   2929 Walden Avenue,
              Depew, NY 14043-2690
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          David P Lloyd
                                                                                           TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: amcc7             Page 2 of 2             Date Rcvd: Apr 04, 2008
Case: 06-11867                Form ID: pdf002         Total Served: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 06, 2008**            **Signature:** /s/ Joseph Speetjens