# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:**   06B-11867 JS  
**Case Name:**     PAVLIK, JODI L.

**Taxpayer ID #:**  13-7562431  
**Period Ending:**  06/10/08

**Trustee:**        DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:**    JPMORGAN CHASE BANK, N.A.  
**Account:**       ***-*****37-19 - Time Deposit Account  
**Blanket Bond:**  $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/08 | | FUNDING ACCOUNT: ********3765 | | 9999-000 | 20,000.00 | | 20,000.00 |
| 05/02/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 70.96 | | 20,070.96 |
| 05/02/08 | | CHASE BANK | TRANSFER OF FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 20,070.96 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **20,070.96** | **20,070.96** | **$0.00** |
| Less: Bank Transfers | 20,000.00 | 20,070.96 | |
| **Subtotal** | **70.96** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$70.96** | **$0.00** | |

## Form 2

### Cash Receipts And Disbursements Record

**Case Number:** 06B-11867 JS
**Case Name:** PAVLIK, JODI L.

**Taxpayer ID #:** 13-7562431
**Period Ending:** 06/10/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****37-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/25/07 | | CHICAGO TITLE AND TRUST COMPANY | NET PROCEEDS TO SELLER | | | 26,023.36 | | 26,023.36 |
| | {1} | | | 183,500.00 | 1110-000 | | | 26,023.36 |
| | | HSBC MORTGAGE | FIRST MORTGAGE PAYOFF | -119,824.96 | 4110-000 | | | 26,023.36 |
| | | COACH HOMES OF CREEKSIDE COURT | HOA DUES | -7,461.57 | 4120-000 | | | 26,023.36 |
| | | JODI PAVLIK | HOMESTEAD EXEMPTION | -15,000.00 | 8100-002 | | | 26,023.36 |
| | | | HOME WARRANTY | -375.00 | 2500-000 | | | 26,023.36 |
| | | KOENIG & STREY | COMMISSION | -4,737.50 | 3510-000 | | | 26,023.36 |
| | | BAIRD & WARNER | COMMISSION | -4,437.50 | 3510-000 | | | 26,023.36 |
| | | DUPAGE COUNTY | COUNTY TAXES | -829.40 | 2820-000 | | | 26,023.36 |
| | | | 2006 REAL ESTATE TAXES | -2,754.96 | 2820-000 | | | 26,023.36 |
| | | CHICAGO TITLE | TITLE INSURANCE | -1,005.00 | 2500-000 | | | 26,023.36 |
| | | CHICAGO TITLE | OVERNIGHT DELIVERY FEE | -25.00 | 2500-000 | | | 26,023.36 |
| | | DUPAGE COUNTY | COUNTY STAMPS | -91.75 | 2820-000 | | | 26,023.36 |
| | | | STATE TRANSFER STAMPS | -183.50 | 2820-000 | | | 26,023.36 |
| | | NAPERVILLE | REIMBURSEMENT OF LOCAL STAMPS | -550.50 | 3520-000 | | | 26,023.36 |
| | | LEGUM & NORMAN | PAID ASSESSMENT LETTER FEE | -200.00 | 2500-000 | | | 26,023.36 |

**Subtotals :**   **$26,023.36**   **$0.00**

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06B-11867 JS
**Case Name:** PAVLIK, JODI L.

**Taxpayer ID #:** 13-7562431
**Period Ending:** 06/10/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****37-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.72 | | 26,025.08 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.36 | | 26,039.44 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.44 | | 26,052.88 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.83 | | 26,067.71 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 14.38 | | 26,082.09 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.99 | | 26,095.08 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 15.32 | | 26,110.40 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 13.58 | | 26,123.98 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 13.30 | | 26,137.28 |
| 01/21/08 | | ACCOUNT FUNDED: ********3719 | | 9999-000 | | 20,000.00 | 6,137.28 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 9.35 | | 6,146.63 |
| 02/11/08 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #06B-11867, BOND #016026455  - TERM 2/1/08-2/1/09 | 2300-000 | | 22.81 | 6,123.82 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.26 | | 6,125.08 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.15 | | 6,126.23 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.85 | | 6,127.08 |
| 05/01/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.1700% | 1270-000 | 0.00 | | 6,127.08 |
| 05/01/08 | | To Account #********3766 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | | 6,127.08 | 0.00 |

|  |  | Subtotals : | $126.53 | $26,149.89 |
|---|---|---|---|---|

{} Asset reference(s)

## Form 2

### Cash Receipts And Disbursements Record

**Case Number:** 06B-11867 JS
**Case Name:** PAVLIK, JODI L.

**Taxpayer ID #:** 13-7562431
**Period Ending:** 06/10/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****37-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 26,149.89 | 26,149.89 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 26,127.08 | |
| | | | **Subtotal** | | 26,149.89 | 22.81 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$26,149.89** | **$-14,977.19** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 06B-11867 JS
**Case Name:** PAVLIK, JODI L.

**Taxpayer ID #:** 13-7562431
**Period Ending:** 06/10/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*-\*\*\*\*\*37-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/01/08 | | From Account #\*\*\*\*\*\*\*\*3765 | TRANSFER FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 6,127.08 | | 6,127.08 |
| 05/02/08 | | CHASE BANK | TRANSFER OF FUNDS TO PREPARE FOR FINAL DISTRIBUTION | 9999-000 | 20,070.96 | | 26,198.04 |
| 05/02/08 | 101 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $4,762.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 4,762.50 | 21,435.54 |
| 05/02/08 | 102 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | Dividend paid 100.00% on $98.46, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 98.46 | 21,337.08 |
| 05/02/08 | 103 | DAVID GROCHOCINSKI, TRUSTEE | Dividend paid 100.00% on $11,681.16, Trustee Compensation;  Reference: | 2100-000 | | 11,681.16 | 9,655.92 |
| 05/02/08 | 104 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | Dividend paid 100.00% on $1,230.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,230.00 | 8,425.92 |
| 05/02/08 | 105 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $3,425.28; Claim# 003; Filed: $3,425.28; Reference: | 5800-000 | | 3,425.28 | 5,000.64 |
| 05/02/08 | 106 | DISCOVER BANK | Dividend paid  42.43% on $11,174.01; Claim# 001; Filed: $11,174.01; Reference: | 7100-000 | | 4,741.22 | 259.42 |
| 05/02/08 | 107 | KOHLS/CHASE BANK USA NA | Dividend paid  42.43% on $611.39; Claim# 004; Filed: $611.39; Reference: | 7100-000 | | 259.42 | 0.00 |

|  |  | Subtotals : | **$26,198.04** | **$26,198.04** |
|---|---|---|---|---|

{} Asset reference(s)

Printed: 06/10/2008 11:34 AM     V.10.03

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 06B-11867 JS
**Case Name:** PAVLIK, JODI L.

**Taxpayer ID #:** 13-7562431
**Period Ending:** 06/10/08

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****37-66 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 26,198.04 | 26,198.04 | $0.00 |
| | | | Less: Bank Transfers | | 26,198.04 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 26,198.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $26,198.04 | |

| | |
|---|---|
| Net Receipts : | 26,220.85 |
| Plus Gross Adjustments : | 157,476.64 |
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $168,697.49 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **CD # ***-*****37-19** | 70.96 | 0.00 | 0.00 |
| **MMA # ***-*****37-65** | 26,149.89 | -14,977.19 | 0.00 |
| **Checking # ***-*****37-66** | 0.00 | 26,198.04 | 0.00 |
| | $26,220.85 | $26,220.85 | $0.00 |

{} Asset reference(s)